MICHAEL W. BERDINELLA
SBN #085038
The Law Offices of Michael W. Berdinella
726 W. Barstow Avenue, Ste. 100
Fresno, CA 93704
(559) 436-8000

Attorney for Defendant, FRANCISCO RAMOS



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:05Cr00349-04 OWW |
| Plaintiff, | STIPULATION AND ORDER TO REPLACE SECURED PROPERTY BOND WITH AN UNSECURED BOND AND RECONVEYANCE OF THE DEED TRUST #2005-0123676 POSTED ON BEHALF OF DEFENDANT FRANCISCO RAMOS. |
| v. | |
| FRANCISCO RAMOS | |
| Defendant. | |

//

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA. That the APPEARANCE AND COMPLIANCE BOND, dated January 9, 2007 in the amount of $50,000.00, shall replace and extinguish the Secured Straight Note in the amount of $50,000.00, dated November 4, 2005. That the Deed of Trust #2005-0123676, in Book 19, Page 123 of maps, recorded in the Official records of the County of Tulare, State of California and recorded November 4, 2005, posted on behalf of Francisco Ramos, is hereby ordered Reconveyed to the original Trustor Rogelio Mata Martinez and the original Trustee Chicago Title Company. The Clerk of the United States District Court for the Eastern District of California shall Reconvey and substitute the Chicago Title Company as the new Trustee and Beneficiary of said Deed of Trust.

//

//

Dated: 1/9/07

McGREGOR W. SCOTT
United States Attorney

By: *[signature]*
STANLEY A. BOONE
Assistant U.S. Attorney

*[signature]*
MICHAEL W. BERDINELLA
Attorney for Defendant
Francisco Ramos

O R D E R

GOOD CAUSE APPEARING, the above stated Stipulation between Counsel for the Defendant and the United States Attorney's office shall be the Order of this Court.

IT IS SO ORDERED.

Dated: 1/9/2007

*[signature]*
DENNIS L. BECK
UNITED STATES MAGISTRATE JUDGE

---

2

STIPULATION AND ORDER TO REPLACE SECURED PROPERTY BOND WITH AN UNSECURED BOND
AND RECONVEYANCE OF THE DEED TRUST #2005-0123676 POSTED ON BEHALF OF DEFENDANT
FRANCISCO RAMOS. #1:05Cr00349-04 OWW